■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICHARD HOLMES, Appellant.—Application by the defendant for a writ of error coram nobis to vacate a decision and order of this court dated March 16, 1987 *(People v Holmes,* 128 AD2d 727, *lv denied* 70 NY2d 648) which affirmed a judgment of the Supreme Court, Westchester County (McMahon, J.), rendered April 16, 1985.

Ordered that the application is denied. No opinion. Bracken, J. P., Weinstein, Spatt and Balletta, JJ., concur.